UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as trustee for the registered holders of MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE5 MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-HE5,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL ONYEWUENYI A/K/A PAUL I. ONYEWUENYI, HELEN ONYEWUENYI A/K/A HELEN O. ONYEWUENYI, CHARLES IHEDIOHANMA, FICTITIOUS SPOUSE OF CHARLES IHEDIOHANMA, AVERY DIXON, ROBIN LEWIS, JACK NAZAIRE, JANE DOE, TENANT (NAME BEING FICTITIOUS), JOHN DOE, TENANT (NAME BEING FICTITIOUS),<br><br>    Defendants. | Civ. No. 14-3591 (WJM)<br><br>ORDER |

A Report and Recommendation was filed on August 13, 2014 recommending that the undersigned grant Plaintiff's motion to remand. The parties were notified that they had fourteen (14) days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). No objection or response having been received by this Court, and the

1

Court having reviewed the Report and Recommendation *de novo*, and good cause appearing;

**IT IS** on this 3rd day of September 2014, hereby,

**ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand is **GRANTED**; and it is further

**ORDERED** that this matter is hereby remanded to the Superior Court of the State of New Jersey, Union County, Chancery Division.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**

cc:   The Hon. Mark Falk, U.S.M.J.